AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| ROBERT EARL WALKER ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:20-cv-00507 MFU |
| ALTEC INDUSTRIES, INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Altec Industries, Inc.

Date: 03/24/2021

/s/ Jimmy F. Robinson
*Attorney's signature*

Jimmy F. Robinson
*Printed name and bar number*
Ogletree Deakins, Nash, Smoak & Stewart, PC
901 E. Byrd St., West Tower, Suite 1300
Richmond, VA  23219

*Address*

jimmy.robinson@ogletreedeakins.com
*E-mail address*

(804) 663-2336
*Telephone number*

(804) 225-8641
*FAX number*

## Certificate of Service

      I hereby certify that on this 24th day of March, 2021 I electronically filed the foregoing with the clerk of the court using the CM/ECF which will send notification of such filing to counsel for Plaintiff:

Thomas E. Strelka, Esq.
L. Leigh R. Strelka, Esq.
N. Winston West, IV, Esq.
Brittany M. Haddox, Esq.
Monica L. Mroz, Esq.
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com
*Counsel for Plaintiff*

**ALTEC INDUSTRIES, INC.**

By\_\_\_/s/   Jimmy F. Robinson
Jimmy F. Robinson (VSB 43622)
Jimmy.robinson@ogletreedeakins.com
Elizabeth M. Ebanks (VSB #72111)
elizabeth.ebanks@ogletree.com
Bret G. Daniel (VSB #92189)
bret.daniel@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Richmond, VA  23219
Tel.:    (804) 663-2330
Fax:     (855) 843-1809