# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### (Roanoke Division)

| | | |
|---|---|---|
| ROBERT EARL WALKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:20-CV-507 |
| | ) | |
| ALTEC INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robert Earl Walker, and Defendant Altec Industries, Inc., having settled the matters among them, hereby consent to the dismissal of this case, and all related matters, with prejudice. Each party to bear its own fees and costs.

December 7, 2021

| | |
|---|---|
| By  /s/   Thomas E. Strelka<br>Thomas E. Strelka, Esq.<br>L. Leigh R. Strelka, Esq.<br>N. Winston West, IV, Esq.<br>Brittany M. Haddox, Esq.<br>Monica L. Mroz, Esq.<br>STRELKA EMPLOYMENT LAW<br>Warehouse Row<br>119 Norfolk Avenue, S.W., Suite 330<br>Roanoke, VA  24011<br>Tel:  540-283-0802<br>thomas@strelkalaw.com<br>leigh@strelkalaw.com<br>winston@strelkalaw.com<br>brittany@strelkalaw.com<br>monica@strelkalaw.com<br><br>*Counsel for Plaintiff, Robert Earl Walker* | By   /s/    Elizabeth M. Ebanks<br>Elizabeth M. Ebanks (VSB #72111)<br>elizabeth.ebanks@ogletree.com<br>Bret G. Daniel (VSB #92189)<br>bret.daniel@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C.<br>901 East Byrd Street, Suite 1300<br>Richmond, VA  23219<br>Tel.: (804) 663-2330<br>Fax: (855) 843-1809<br><br>*Counsel for Defendant Altec Industries, Inc.* |

CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of December, 2021, I electronically filed the foregoing with the clerk of the court using the CM/ECF system to:

Elizabeth M. Ebanks (VSB #72111)
elizabeth.ebanks@ogletree.com
Bret G. Daniel (VSB #92189)
bret.daniel@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Richmond, VA  23219
Tel.: (804) 663-2330
Fax: (855) 843-1809

*Counsel for Defendant*

                                              /s/     Thomas E. Strelka